UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS M. HINES,<br><br>　　　　Plaintiff<br><br>v.<br><br>WASHINGTON FEDERAL SAVING AND LOAN, et al.,<br><br>　　　　Defendants | Case No.: 2:21-cv-01621-APG-DJA<br><br>**Order Dismissing Defendant Seattle Washington Home Office** |

　　　　On January 25, 2022, the clerk of court issued a notice to plaintiff Dennis Hines because no proof of service had been filed as to defendant Seattle Washington Home Office. ECF No. 27. The notice advised Hines that his claims against this defendant would be dismissed without prejudice unless, by February 24, 2022, he filed proof of service or showed good cause for why service had not been accomplished. *Id.* Hines did not respond.

　　　　I THEREFORE ORDER that plaintiff Dennis Hines' claims against defendant Seattle Washington Home Office are dismissed without prejudice for failure to timely serve this defendant.

　　　　DATED this 1st day of March, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE